UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT   BRIDGEPORT

5/20/2014 ___20
Roberta D. Tabora, Clerk
By_____
Deputy Clerk

GRAND JURY B-13-1

UNITED STATES OF AMERICA

v.

ROBERTO VASQUEZ

CRIMINAL NO.

VIOLATIONS: 3:14CR107 (EBB)

18 U.S.C. §§ 922(g)(1), 924(a)(2) &
924(e) (Unlawful Possession of a Firearm
and Silencer by a Convicted Felon)

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Unlawful Possession of a Firearm by a Convicted Felon)

1.     On or about March 5, 2014, in the District of Connecticut, the defendant ROBERTO

VASQUEZ, having been convicted of crimes punishable by imprisonment for a term exceeding

one year in the Superior Court of the State of Connecticut, that is: (1) Burglary in the Third

Degree, in violation of Connecticut General Statutes § 53a-103, on April 4, 2005; (2) Burglary in

the Third Degree, in violation of Connecticut General Statutes § 53a-103, on April 4, 2005; (3)

Escape in the First Degree, in violation of Connecticut General Statutes § 53a-169, on May 28,

1998; (4) Sale of Hallucinogens/Narcotics, in violation of Connecticut General Statutes

§21a-277(a), on December 2, 1996; and (5) Burglary in the Third Degree, in violation of

Connecticut General Statutes § 53a-103, on August 10, 1994; and in New York State Supreme

Court of Burglary in the Second Degree, in violation of New York Penal Law § 140.25(2), on

April 11, 1994, did knowingly possess a firearm in and affecting commerce, namely, one

Walther, Model PP, .22 caliber semi-automatic pistol, bearing serial number 42789LR, which had

been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

## COUNT TWO
### (Unlawful Possession of a Silencer by a Convicted Felon)

2.      On or about March 17, 2014, in the District of Connecticut, the defendant ROBERTO VASQUEZ, having been convicted of crimes punishable by imprisonment for a term exceeding one year in the Superior Court of the State of Connecticut, that is: (1) Burglary in the Third Degree, in violation of Connecticut General Statute § 53a-103, on April 4, 2005; (2) Burglary in the Third Degree, in violation of Connecticut General Statute § 53a-103, on April 4, 2005; (3) Escape in the First Degree, in violation of Connecticut General Statute § 53a-169, on May 28, 1998; (4) Sale of Hallucinogens/Narcotics, in violation of Connecticut General Statute §21a-277(a), on December 2, 1996; and (5) Burglary in the Third Degree, in violation of Connecticut General Statute §53a-103, on August 10, 1994; and in New York State Supreme Court of Burglary in the Second Degree, in violation of New York Penal Law § 140.25(2), on April 11, 1994, did knowingly possess a silencer in and affecting commerce, namely, an AWC Systems Technology, Model Archangel III, .22 caliber silencer, bearing serial number G424, which had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

## FORFEITURE ALLEGATION
### (Firearms Offenses)

3.      Upon conviction of the firearm offenses alleged in Count One and Two of this Indictment, the defendant ROBERTO VASQUEZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearms involved in the commission of the offense, including but not limited to the following: (a)

2

a Walther, Model PP, .22 caliber semi-automatic pistol, bearing serial number 42789LR; and (b)

an AWC Systems Technology, Model Archangel III, .22 caliber silencer, bearing serial number

G424.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY

3