LOCAL PROB 12C
(06/17)

# UNITED STATES DISTRICT COURT
## for
## Connecticut

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roberto Vasquez

Docket Number: 0205 3:14CR00107-001

Sentencing Judicial Officer: Honorable Janet C. Hall, U.S. District Judge

Date of Original Sentence: March 27, 2017

Original Offense: 2 Counts of Possession of a Stolen Firearm, in violation of 18 U.S.C. § 922(j).

Original Sentence: 72 Months' Bureau of Prisons; 36 Months' Term of Supervised Release

Type of Supervision: Supervised Release    Date Supervision Commenced: January 2, 2020

AUSA: Rahul Kale    Defense Attorney: Daniel M. Erwin

---

**PETITIONING THE COURT**

☒ To issue a summons for a violation hearing
☐ To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Charge # 1 Special | The defendant shall be subject to home confinement, without the use of electronic monitoring, at the residence of Michael Pappas, at the address set forth in Defendant's Exhibit G (Doc. No. 115-2), except for travel for medical, legal, or religious appointments. The Defendant shall notify the United States Probation Office, in advance, of the times and destinations for permitted travel. |
|---|---|

According to the police report, on July 6, 2020, officers from the Norwalk Police Department were dispatched to the intersection of MLK Drive and Monroe Street on a report of a motor vehicle crash, involving a scooter with the operator, Roberto Vasquez, on the ground and unresponsive.

Upon arrival, officers identified Mr. Vasquez as the operator of the scooter, who was alert, but confused. Mr. Vasquez reported to the officers that he was in Norwalk visiting family and did not recollect what occurred. Mr. Vasquez had a contusion on the right side of his forehead and abrasions on his knees, and was wearing an oxygen tank during the accident.

Norwalk EMS and Fire Department arrived on scene and transported him to Norwalk Hospital for further evaluation.

A witnesses reported that Mr. Vasquez drove up onto the sidewalk, appeared to lose control and was thrown off the scooter.

Mr. Vasquez received a verbal warning for Operating a Motor Vehicle Without a License. The scooter was towed away to Parkway Auto body.

| | | |
|---|---|---|
| Charge # 2 Standard #9 | | If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |
| | | Mr. Vasquez did not report being questioned by law enforcement officers within the allotted 72 hours. |

U.S. Probation Officer Recommendations:

It is respectfully recommended that a Summons be issued compelling Mr. Vasquez to appear before the Court in order to show cause as to why his conditions of supervised release should not be revoked or modified.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On  July 20, 2020

Patrick D. Norton
Sr. U.S. Probation Officer

**THE COURT ORDERS:**

☐ No Action
☐ The issuance of a summons for a compliance review hearing  Date:
☒ The issuance of a summons  Date: July 29, 2020
☐ The issuance of a warrant
☐ Other

Hearing will be held on July 29, 2020 at 10:00 am via video conference.

Signature of Judicial Officer

July 21, 2020
Date

Submit by Email   Print   Save As...