AO 83 (Rev. 3/11) (CT Rev 10/15) Summons in a Criminal Case

## UNITED STATES DISTRICT COURT
### for the
### District of Connecticut

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 0205 3:14CR00107-001 |
| Roberto Vasquez | ) |
| *Defendant* | ) |

True Copy
ATTEST:
ROBERTA D. TABORA
Clerk U.S. District Court
By _____
Deputy Clerk

### SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

| Place: Honorable Janet C. Hall<br>U.S. District Judge<br>Richard C. Lee United States Court House<br>New Haven, CT 06510 | Courtroom No.: 1 |
|---|---|
| | Date and Time: September 3, 2020    1:00 PM |

This offense is briefly described as follows:
The defendant shall be subject to home confinement, without the use of electronic monitoring, at the residence of Michael Pappas, at the address set forth in Defendant's Exhibit G (Doc. No. 115-2), except for travel for medical, legal, or religious appointments. The defendant shall notify the United States Probation Office, in advance, of the times and destinations for permitted travel.

Ms. Pappas stated that she is home every day and reported that Mr. Vasquez has been leaving their residence approximately two times per week. She stated that she had confronted Mr. Vasquez about this (regarding his special condition of supervision prohibiting him from leaving without prior approval from this officer), and Mr. Vasquez advised her "I don't have to listen to Pat." Ms. Pappas advised this officer that Mr. Vasquez calls for a cab and is gone on average for about 90 minutes (the time his oxygen will need to be changed).

She stated that she believes that Mr. Vasquez goes shopping, to the bank, Walmart, and noted that the last time he left the day prior on August 30, 2020, for approximately an hour or so and returned home with food (that she showed this officer the packaged food that was still in their refrigerator).

Date: September 2, 2020

_____
*Issuing officer's signature*

Katherine Murphy, courtroom Dep
*Printed Name and Title*

I declare under penalty of perjury that I have: